IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEFFREY A. GREENE,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 13-6033 |
| | : | |
| **HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,** | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 10th day of September, 2014, upon consideration of Defendant's "Motion to Dismiss Count III of the Complaint" (doc. no. 5) and Plaintiff's response, it is hereby **ORDERED** that the motion is **GRANTED**. Count III of the complaint is **DISMISSED**.

**IT IS FURTHER ORDERED** that a Rule 16 Conference is scheduled for 3:00 p.m. on Tuesday, October 14, 2014 in Chambers, Room 7614. Counsel shall consult Judge Goldberg's Policies and Procedures (available at http://www.paed.uscourts.gov) prior to the conference.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG, J.**